# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-26830MP |
|  | Citizenship: MEXICO |
| Miguel Angel Aguilar-Vega | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

On or about May 14, 2018, at or near Palominas, Arizona, in the District of Arizona, Miguel Angel AGUILAR-Vega, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about May 14, 2018, agents found Miguel Angel AGUILAR-Vega in the United States of America at or near Naco, Arizona without the proper immigration documents. Furthermore, Miguel Angel AGUILAR-Vega admitted to illegally entering the United States of America from Mexico on or about May 14, 2018, at or near Palominas, Arizona at a time and place other than designated by immigration officials.

File Date: 05/16/2018

at Tucson, Arizona

John OConnor, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/16/2018

**Lynnette C. Kimmins**
**United States Magistrate Judge**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

United States of America                                              CASE: 18-26830MP

vs.

Miguel Angel Aguilar-Vega

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Miguel Angel Aguilar-Vega, was represented by counsel, David Aguilar (CJA).

The defendant pled guilty to the Complaint on 05/16/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 05/14/2018 |

As pronounced on 05/16/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The defendant is advised of defendant's right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

Signed on Wednesday, May 16, 2018.

Lynnette C. Kimmins
United States Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 05/16/2018        Case Number: 18-26830MP

USA vs. **Miguel Angel Aguilar-Vega**
U.S. MAGISTRATE JUDGE: LYNNETTE C. KIMMINS     Judge AO Code: 70CE
ASSIGNED U.S. Attorney: Zachary Wiest
INTERPRETER REQ'D: Juan Carlos Cordova, Spanish
Attorney for Defendant: David Aguilar (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **05/14/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:     David Aguilar (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart    COP: 1
BY: Cindy Stewart         Sent: 0
    Deputy Clerk          IA: 0
    Start: 1:35 pm Stop: 4:14 pm